UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 27 P 4: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

DAVID O. FALLERT, Individually And On Behalf
Of All Others Similarly Situated,

Plaintiffs,

v.

FIDELITY MANAGEMENT & RESEARCH
COMPANY, *et al.*,

Defendants.

Civil Action No. 04cv11812 (RGS)

---

## NOTICE OF APPEARANCE OF JAMES S. DITTMAR, P.C. ON BEHALF OF DEFENDANTS FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*

Pursuant to Local Rule 83.5.2, please enter the appearance of James S. Dittmar, P.C. in the
above-captioned matter on behalf of Defendants Fidelity Management & Research Company, FMR Co.,
Inc., FMR Corp., Fidelity Distributors Corporation, Edward C. Johnson III, Abigail P. Johnson, Edward
C. Johnson IV, Elizabeth L. Johnson, Peter S. Lynch, Laura B. Cronin, Robert L. Reynolds, Robert C.
Pozen, and J. Gary Burkhead.

Respectfully submitted,

FIDELITY MANAGEMENT & RESEARCH
COMPANY, *et al.*

By their attorneys,

James S. Dittmar, P.C. (BBO # 126320)
Christopher D. Moore (BBO # 630651)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: 617-570-1944
E-Mail: jdittmar@goodwinprocter.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served upon the
attorney(s) of record for each other
party by mail/hand on 9/27/04

Dated: September 27, 2004