UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 04cv11812 (RGS)<br>) |
| vs. | )<br>) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | )<br>)<br>) |
| Defendants. | ) |

---

## NOTICE OF APPEARANCE

Please take notice that Wm. Shaw McDermott hereby enters his appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11812 (RGS).

Respectfully submitted,

*/s/ Wm. Shaw McDermott*
Wm. Shaw McDermott (BBO # 330860)
Amy B. Abbott (BBO # 648072)
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109
(617) 261-3100
smcdermott@kl.com

Dated: November 8, 2004