UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| DAVID O. FALLERT, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 04cv11812 (RGS) ) |
| vs. | ) ) |
| FIDELITY MANAGEMENT AND RESEARCH COMPANY, et al., | ) ) ) |
| Defendants. | ) |

---

## NOTICE OF APPEARANCE

Please take notice that Amy B. Abbott hereby enters her appearance on behalf of the Nominal Defendant Fidelity Funds in Civil Action No. 04-11812 (RGS).

                                                 Respectfully submitted,

                                                 */s/ Amy B. Abbott*
                                                 Wm. Shaw McDermott (BBO # 330860)
                                                 Amy B. Abbott (BBO # 648072)
                                                 KIRKPATRICK & LOCKHART LLP
                                                 75 State Street
                                                 Boston, MA  02109
                                                 (617) 261-3100
                                                 aabbott@kl.com

Dated: November 8, 2004

BOS-707288 v1 0302121-0950