UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID O. FALLERT,
    Plaintiff,

V

FIDELITY MANAGEMENT and
RESEARCH CO.,
    Defendant.

CA 04- 11812-JLT

ORDER
NOVEMBER 18 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).


United States District Judge