UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------
JAMES GILLIAM, Individually And On Behalf Of    )
All Others Similarly Situated,    )
    )
                  Plaintiff,    )
    )
           vs.    )    Civil Action No. 04cv11600 (NG)
    )
FIDELITY MANAGEMENT AND RESEARCH    )
COMPANY, et al.,    )
    )
              Defendants.    )
--------------------------------------------------------------------- )
BOGATIN FAMILY TRUST, Individually And On    )
Behalf Of All Others Similarly Situated,    )
    )
                Plaintiff,    )
    )
           vs.    )    Civil Action No. 04cv11642 (NG)
    )
FIDELITY MANAGEMENT AND RESEARCH    )
COMPANY, et al.,    )
    )
              Defendants.    )
--------------------------------------------------------------------- )
CYNTHIA A. BENNETT and GUY E. MILLER,    )
    )
              Plaintiffs,    )
    )
           vs.    )    Civil Action No. 04cv11651 (MLW)
    )
FIDELITY MANAGEMENT AND RESEARCH    )
COMPANY, et al.,    )
    )
              Defendants.    )
---------------------------------------------------------------------
*[Caption continues on next page]*

## **NOTICE OF APPEARANCE**

--------------------------------------------------------------------

GHASSAN J. AWALI, et al., Individually And On )
Behalf Of All Others Similarly Situated, )
  )
                Plaintiff, )
  )
           vs. )  Civil Action No. 04cv11709 (MLW)
  )
FIDELITY MANAGEMENT AND RESEARCH )
COMPANY, et al., )
  )
              Defendants. )
-------------------------------------------------------------- )
WILLIAM S. GROESCHEL, Individually And On )
Behalf Of All Others Similarly Situated, )
  )
                Plaintiff, )
  )
           vs. )  Civil Action No. 04cv11735 (GAO)
  )
FIDELITY MANAGEMENT AND RESEARCH )
COMPANY, et al., )
  )
              Defendants. )
-------------------------------------------------------------- )
NANCY HAUGEN, MICHAEL F. MAGNAN, )
KAREN L. MAGNAN, ROSE M. IANNACCONE, )
PRESLEY C. PHILLIPS, ANDREA M. PHILLIPS, )
and CINDY SCHURGIN, for the use and benefit of )
FIDELITY MAGELLAN AND FIDELITY )
CONTRAFUND, )
  )
              Plaintiffs, )
  )
           vs. )  Civil Action No. 04cv11756 (MLW)
  )
FIDELITY MANAGEMENT AND RESEARCH )
COMPANY, et al., )
  )
              Defendants. )
--------------------------------------------------------------------

*[Caption continues on next page]*

2

---
DAVID O. FALLERT, Individually And On                )
Behalf Of All Others Similarly Situated,             )
                                                     )
                                Plaintiff,           )
                                                     )
                      vs.                            )    Civil Action No. 04cv11812 (MLW)
                                                     )
FIDELITY MANAGEMENT AND RESEARCH                     )
COMPANY, et al.,                                     )
                                                     )
                               Defendants.           )
---

    Please enter the appearance of Sandra Sue McQuay and Sullivan Weinstein & McQuay, P.C. as counsel for Defendants J. Michael Cook, Ralph F. Cox, Robert M. Gates, George H. Heilmeier, Donald J. Kirk, Marie L. Knowles, Ned C. Lautenbach, Marvin L. Mann, William O. McCoy, Gerald C. McDonough, and William S. Stavropoulos (collectively, the "Independent Trustee Defendants")[1] in the above-captioned matters.

                Respectfully submitted,

                /s/ Sandra Sue McQuay

                _____
                Sandra Sue McQuay (BBO No. 340120)
                SULLIVAN WEINSTEIN & MCQUAY, PC
                2 Park Plaza
                Boston, Massachusetts  02116
                Telephone (617) 348-4300
                smcquay@swmlawyers.com

---

[1]    Plaintiffs have indicated that their proposed amended complaint will not include currently named defendant Thomas R. Williams, a former Independent Trustee who was not served and is deceased.